# PENNEY, MAIER & WALLACH

Attorneys and Counselors at Law

169 DELAWARE AVENUE

BUFFALO, NEW YORK 14202-2403

_____

(716) 852-1835

FAX (716) 852-1857

MARK S. WALLACH

CHARLES P. PENNEY
1894 - 1967
THOMAS PENNEY
1896 - 1974
ROBERT E. MAIER
1921 - 2007

*11089607*
*$ 4.80*
*3/30/10*

March 29, 2010

TO:  Creditors of Dennis G. Drayton, Sr., Debtor
     Case No. 08-14768B
     United States Bankruptcy Court
     Western District of New York



FILED
MAR 3 0 2010
BANKRUPTCY COURT
BUFFALO, NY

Dear Sir or Madam:

I am the Trustee in the above-named Chapter 7 case.

Enclosed herewith please find your dividend check.
This is the only dividend you should expect to receive in
this case.

Very truly yours,

BY:
     Mark S. Wallach, Trustee

MSW:sn

Enclosure

# Claims Proposed Distribution

## Case: 08-14768   DRAYTON, DENNIS G., SR

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $1,718.80 | | Total Proposed Payment: | $1,718.80 | | Remaining Balance: | $0.00 | |
|---|---|---|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | MARK S. WALLACH <br> <2200-00  Trustee Expenses> | Admin Ch. 7 | 2.32 | 2.32 | 0.00 | 2.32 | 2.32 | 1,716.48 |
| | MARK S. WALLACH <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 429.70 | 429.70 | 0.00 | 429.70 | 429.70 | 1,286.78 |
| | PENNEY, MAIER & WALLACH <br> <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 16.36 | 16.36 | 0.00 | 16.36 | 16.36 | 1,270.42 |
| | PENNEY, MAIER & WALLACH <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,064.50 | 1,064.50 | 0.00 | 1,064.50 | 1,064.50 | 205.92 |
| 1 | eCAST Settlement Corporation assignee of HSBC Bank | Unsecured | 936.76 | 936.76 | 0.00 | 936.76 | 12.93 | 192.99 |
| 2 | PYOD LLC its successors and assigns as assignee of | Unsecured | 348.16 | 348.16 | 0.00 | 348.16 | 4.80 | 188.19 |
| 3 | Parkside Medical Anesthesia Associates, P.C. | Unsecured | 999.42 | 999.42 | 0.00 | 999.42 | 13.79 | 174.40 |
| 4 | eCAST Settlement Corporation assignee of HSBC | Unsecured | 12,637.74 | 12,637.74 | 0.00 | 12,637.74 | 174.40 | 0.00 |
| | Total for Case 08-14768 : | | $16,434.96 | $16,434.96 | $0.00 | $16,434.96 | $1,718.80 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $1,512.88 | $1,512.88 | $0.00 | $1,512.88 | 100.000000% |
| Total Unsecured Claims : | $14,922.08 | $14,922.08 | $0.00 | $205.92 | 1.379968% |



FILED
MAR 3 0 2010
BANKRUPTCY COURT
BUFFALO, NY